IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv

NATHAN MAY,

      Plaintiff,

v.

CITY OF FORT COLLINS,
TREVOR CACCIATORE, Fort Collins Police Officer, in his individual capacity, and
VINCE HOOLEY, Fort Collins Police Officer, in his individual capacity,

      Defendants.

---

**PLAINTIFF'S NOTICE OF CONVENTIONALLY SUBMITTED EXHIBITS TO
PLAINTIFF'S COMPLAINT AND JURY DEMAND**

---

Plaintiff Nathan May, by and through the undersigned counsel hereby submits this *Notice of Conventionally Submitted Exhibits to Plaintiff's Complaint and Jury Demand,* stating as follows:

1. The following have been conventionally submitted:

    a. Ex. 1 – Trevor Cacciatore body worn camera

    b. Ex. 2 – Vince Hooley body worn camera

Dated this 22nd day of July, 2026.

THE LIFE & LIBERTY LAW OFFICE

*/s/ Sarah Schielke*
Sarah Schielke
Counsel for Plaintiff
The Life & Liberty Law Office LLC
1055 Cleveland Avenue
Loveland, CO 80537
P: (970) 590-6966

1

2

F: (970) 797-4008
E: sarah@lifeandlibertylaw.com

### CERTIFICATE OF SERVICE

This is to certify that on the July 22, 2026, a true and accurate copy of the foregoing Conventionally Submitted Exhibits to Plaintiff's Complaint and Jury Demand alone with a flashdrive containing copies of the video exhibits described herein have been sent to all named Defendants via U.S. Mail along with service of the Complaint, Summons and other associated case-initiated documents.

*/s/ Sarah Schielke*

2